**UNITED STATES of America Plaintiff—Appellee,**

v.

**Buford E. TRAMMEL Defendant— Appellant.**

**No. 01–5249.**

United States Court of Appeals, Sixth Circuit.

May 6, 2002.

Before NELSON, SILER, and CLAY, Circuit Judges.

ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

It is ORDERED that the judgment of the district court be, and it hereby is, affirmed for reasons stated on the record.